# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN JEFFERS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 24-cv-01011-BAS-DDL<br><br>**ORDER STAYING ACTION PENDING RESOLUTION OF BANKRUPTCY PROCEEDINGS**<br>**(ECF No. 9)** |

　　　Pending before the Court is Defendant's Notification of Bankruptcy. (ECF No. 9.) Defendant Financial Business and Consumer Solutions, Inc. is subject to a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 24-13029-amc). (*Id.*) Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition automatically stays a judicial action against the debtor. *See Gruntz v. Cnty. of Los Angeles*, 202 F.3d 1074, 1081–82 (9th Cir. 2000) (en banc). Finding good cause, the Court **STAYS** this action in its entirety. The Court **ORDERS** the parties to contact the Court when the bankruptcy proceedings are resolved.

　　　**IT IS SO ORDERED.**

**DATED: October 4, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge